**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Eric Louis Register
G. Karl Bernard & Associates
1615 Poydras St Suite 101
New Orleans LA 70112

Jonathan Aperwhite
Karl Bernard Law, LLC
1615 Poydras Street, Ste 101
New Orleans LA 70112

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 6, 2024

**REHEARING ACTION: March 6, 2024**

**Docket Number: 23   00167-CA**

**EUGENE J. SONNIER, II.**
**VERSUS**
**THE CONGREGATION OF ST.**
**GENEVIEVE ROMAN CATHOLIC CHURCH**

**Appealed from Lafayette Parish Case No. 2021-4828**

<u>**BEFORE JUDGES**</u>:

    **Hon. D. Kent Savoie**
    **Hon. Van H. Kyzar**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eugene J. Sonnier, II** has this day been

    **DENIED.**

cc: Troy Allen Broussard, Counsel for the Appellee